UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:                                ) | |
| )                                     | |
| REQUEST FOR JUDICIAL   )           | |
| ASSISTANCE FROM THE    )           | Case No. |
| DISTRICT COURT OF ZURICH, ) | |
| SWITZERLAND IN THE       )         | |
| MATTER OF JOEL HAYM MARKUS ) | |
| )                                     | |

## *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Katerina Ossenova, Trial Attorney at the United States Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purposes of obtaining documents from The Northern Trust Company. Certain information has been requested by the District Court of Zurich, Switzerland, pursuant to a Letter of Request issued by that court in connection with a civil judicial proceeding captioned *Matter of Joel Haym Markus,* Foreign Reference Number WR171254-O.

1

The grounds for this *Ex Parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: November 1, 2018             Respectfully submitted,

                                    JOHN R. LAUSCH, JR.
                                    United States Attorney

                                    JOSEPH H. HUNT
                                    Assistant Attorney General
                                    Civil Division, United States Department of Justice

                                    JEANNE E. DAVIDSON
                                    Director, Office of International Judicial Assistance
                                    Civil Division, United States Department of Justice

                            By:     /s/ Katerina Ossenova
                                    KATERINA OSSENOVA
                                    Trial Attorney
                                    United States Department of Justice, Civil Division
                                    Office of International Judicial Assistance
                                    1100 L Street, NW
                                    Room 8102
                                    Washington, DC 20530
                                    Telephone: 202-353-0194
                                    Email: Katerina.V.Ossenova@usdoj.gov